**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | C.A. #09-mc-10209-WGY /MBB |
| DEFENDANT | TYPE OF PROCESS |
| ROBERT HUNNEWELL | ORDER TO SHOW CAUSE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROBERT HUNNEWELL
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
17 LOMBARD LANE, SUDBURY, MA 01776

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DONALD J. SAVERY, AUSA
U.S. ATTORNEY'S OFFICE
1 COURTHOUSE WAY - SUITE 9200
BOSTON, MA 02210

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PLEASE SERVE ON OR BEFORE August 30, 2009

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2009 AUG 18 P 2:53

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3336
DATE: 7/30/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/18/09 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ✓ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
served @ 555 Boston Post Rd, Wayland MA
(coach grill restaurant)

| Date | Time | |
|---|---|---|
| 8/25/09 | 12:15 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 110.00 | 30.00 | | 140.00 | | $0.00 |

REMARKS:
1st ATTEMPT 8/25/09 @ 1110AM- NO ANSWER
2ND ATTEMPT- SERVED TO MR HUNNEWELL 8/25/09 @ 12:15PM

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Petitioner, )<br>　 )<br>v. )<br>　 )<br>ROBERT HUNNEWELL, )<br>　 )<br>　　　　　Respondent. ) | M.B.D. No.09-10209-WGY |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Matthew P. Curewitz, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael K. Loucks, Acting United States Attorney for the District of Massachusetts, it is:

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom #25 in the United States District Courthouse, 1 Courthouse Way, 7th Floor, Boston, MA on the 30th day of September, 2009, at 2:30 P.M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on February 20, 2009.

It is further ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be served upon Robert Hunnewell, by handing it to him or by leaving it at his dwelling or usual place of abode with someone of suitable age and discretion who resides there, on or before August 30th, 2009.

It is further ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 31st day of July, 2009.

Marianne B. Bowler USMJ
UNITED STATES MAGISTRATE JUDGE

~~UNITED STATES DISTRICT JUDGE~~